Charles C. GRAHAM, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 70689.

Missouri Court of Appeals,
Western District.

Jan. 26, 2010.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 2, 2010.

Application for Transfer Denied
April 20, 2010.

Charles Graham, Cameron, MO, Appellant Acting pro se.

Jamie P. Rasmussen, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, P.J., MARK D. PFEIFFER, and KAREN K. MITCHELL, JJ.

## ORDER

PER CURIAM:

Charles C. Graham appeals the circuit court's denial of his motion to reopen his post-conviction proceeding. We affirm. Rule 84.16(b).